IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES B. MATTHEWS,
    Plaintiff,

vs.                                          Case No.:  3:06cv38/MCR/EMT

JAMES CROSBY, JR., et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 28th day of July, 2006.

                                            s/   *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**